UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KENNETH W. JONES, on behalf of himself and all others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) ) CASE NO. 3:08 CV 802 ) (RNC) (DFM) |
| **MIDLAND FUNDING LLC,** **MIDLAND CREDIT MANAGEMENT, INC.** **Defendants.** | ) ) ) |

## PLAINTIFF'S MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to D. Conn. L. Civ. R. 2(d), plaintiff moves that David A. Searles be admitted as a visiting lawyer in this proceeding pro hac vice. In accordance with the requirements of Local Rule 2(d), the following information is presented to the Court.

1. Visiting lawyer's office address and telephone number:

   David A. Searles, Esquire
   Donovan & Searles, LLC
   1845 Walnut Street, Suite 1100
   Philadelphia, PA  19103
   (215) 732-6067

2. David A. Searles is a member in good standing of the bars of the U.S. Supreme Court, the Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania and the Commonwealth of Pennsylvania.

3. Attorney Searles has not been denied admission or disciplined by this Court or any

other court.

4. The undersigned, Joanne S. Faulkner, will continue to participate in this action to the extent permitted by D. Conn. L. Civ. Rule 83.13 and provide a local office as required by Local Rule 83.1(d).

5. Attorney Searles' Declaration in Support of this Motion is attached hereto.

6. A fee of $25.00 has been paid to the Clerk of the Court in accordance with Local Rule 83(d)(2).

WHEREFORE, the plaintiff moves that Attorney David A. Searles be admitted to practice before the United States District Court for the District of Connecticut as a visiting lawyer in this proceeding.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.Faulkner@snet.net

Certificate of Service

I hereby certify that on June 28, 2008, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___