UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KENNETH W. JONES, on behalf of
himself and all others similarly situated,
Plaintiff,

CASE NO. 3:08 CV 802 (RNC) (DFM)

v.

MIDLAND FUNDING LLC
MIDLAND CREDIT MANAGEMENT, INC.
Defendants.

MOTION FOR ADMISSION
PRO HAC VICE

FILED 2008 SEP -4 A 9:42 DISTRICT COURT

## MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS LEGHORN

Pursuant to Local Rule 83.1(d), Defendants Midland Funding, LLC and Midland Credit Management, Inc. ("Midland"), by and through undersigned counsel, respectfully move this Court for an Order granting Thomas Leghorn, of the law firm Wilson Elser Moskowitz Edelman & Dicker, LLP of White Plains, New York, permission to appear as co-counsel in the above-captioned matter *pro hac vice* and to engage in discovery, trial, and all other matters before this honorable Court pertaining to this case.

As attested to in the Affidavit of Thomas Leghorn, which is attached hereto as **EXHIBIT 1**, Mr. Leghorn's office is located at 3 Gannett Drive, White Plains, New York, 10604; with the telephone number (914) 323-7000, the facsimile number (914) 323-7001, and an email address of Thomas.Leghorn@wilsonelser.com. Mr. Leghorn is an attorney in good standing with the New York and Minnesota Bars. He has not been denied admission or disciplined by this Court or any other court. Further, Mr. Leghorn has fully reviewed, and is familiar, with the Rules of the United States District Court for the District of Connecticut. Granting the instant motion will not require modification of any scheduling orders or deadlines established by the standing order on scheduling in civil cases.

ACCORDINGLY, the Court should enter an Order granting Mr. Leghorn admission *pro hac vice* for the purpose of representing Midland in this matter.

|  |  |
|---|---|
| By: | DEFENDANTS,<br>MIDLAND FUNDING, LLC and<br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>_____<br>Stephen P. Brown (ct19876)<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP<br>177 Broad Street, 6th Floor<br>Stamford, CT 06901<br>Tel: (203) 388-9100<br>Fax: (203) 388-9101<br>Email: Stephen.Brown@wilsonelser.com<br>File No.: 10227.00008 |

## ORDER

The foregoing, Motion for Admission Pro Hac Vice, having been considered by the Court, it is hereby ORDERED:

**GRANTED / DENIED**

BY THE COURT

_____
JUDGE / CLERK

_____
Date

## **CERTIFICATION**

I hereby certify that a true and accurate copy of this Motion for Admission has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on this 3rd day of September, 2008, postage pre-paid, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

David Searles, Esq.
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

                                                                     Stephen P. Brown (ct19876)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KENNETH W. JONES, on behalf of
himself and all others similarly situated,
Plaintiff,

CASE NO. 3:08 CV 802 (RNC) (DFM)

v.

MIDLAND FUNDING LLC
MIDLAND CREDIT MANAGEMENT, INC.
Defendants.

AFFIDAVIT IN SUPPORT OF
MOTION FOR ADMISSION
PRO HAC VICE

### AFFIDAVIT OF THOMAS LEGHORN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF NEW YORK         :
                          :  SS
COUNTY OF WESTCHESTER     :

I, **Thomas Leghorn**, under oath, do hereby depose and state as follows:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am a partner in the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 3 Gannett Drive, White Plains, New York, 10604. My telephone number is (914) 323-7000, the facsimile number is (914) 323-7001, and my email address is Thomas.Leghorn@wilsonelser.com.

3. I have been admitted to the bar of the State of New York since 1982 and have been admitted to the bar of the State of Minnesota since 1984.

4. I am currently in good standing in all of the foregoing courts. I have not been denied admission or disciplined by this Court, or any other court

5. I have fully reviewed and familiarized myself with the Rules of the United States District Court for the District of Connecticut.

6      I make this affidavit in support of the application to permit my appearance on behalf of the defendant, Midland Credit Management, Inc., in the above-captioned matter.

_____
Thomas Leghorn

Dated:    White Plains, New York
            August 25, 2008

Personally appeared Thomas Leghorn, known to me, who swore to the truth of the foregoing.

_____
Notary Public, My comm. Expires:

GUY J. LEVASSEUR
Notary Public, State of New York
No. 02LE5036854
Qualified in Suffolk County
Commission Expires December 12, 2009

STDOCS01 120446v.1