Civil (April 12, 2004)

**HONORABLE** Chatigny

DEPUTY CLERK Walker     RPTR/ERO/TAPE Sharon Jones
United Reporters

TOTAL TIME: ___ hours 30 minutes

DATE 10/13/09    START TIME 4:35pm    END TIME 5:05pm
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:08cv802 (RNC)

Kenneth W. Jones

vs.

Midland Funding LLC, et al

Faulkner, Searles, Francis
**Plaintiffs Counsel**

☐ SEE ATTACHED CALENDAR FOR COUNSEL
Brown, Leghorn, Alward
**Defendants Counsel**

## COURTROOM MINUTES - CIVIL (check one box)

☒ Telephone Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

as to FDCPA under 23(b)(3) using definition in ∏'s motion
w/o prej. re: CUTPA CCPA

**MOTION DOCUMENT NO.**

☒ #38  Motion to Certify Class    ☒ granted  ☒ denied  ☐ advisement

Hearing continued until _____ at _____