# EXHIBIT C

When you get to the third letter, we see that the balance has increased slightly from $2,137.24 to $2,139.83. Again no explanation for this increase is provided, but I think it would be clear even to the least sophisticated consumer that in the intervening week, interest had accrued.

The letter of October 26, 2007 seems to me to be clear in informing the consumer that the balance of $2,139.83 was the amount of the debt and that this would settle the account if it was paid by November 25, 2007. The payment due date stated on the face of the letter.

With regard to the reverse side, additional information not previously provided appears, including an interest rate of 8 percent, a total of accrued interest in the amount of $447.87, yielding this new balance of $2,139.83.

So let me give plaintiff's counsel a final opportunity to tell me why one or more of these letters violated the statute.

If we accept as a basic premise that even the most unsophisticated person knows that credit card debt accrues interest, what was unclear about these letters?

MS. FAULKNER: Well, if I could start, Your Honor, the first letter -- this is not credit card debt. This is a purchase account by an entity that purchases