# EXHIBIT D

consumer recognizes that interest accrues, continues to accrue. And in fact after this debtor asks for validation, the -- all of the credit card statements which showed the progress of the accrual of interest was indeed provided to them. And that there is no need in any of these letters to use the language that Ms. Faulkner cited from the Miller case, which was in a situation where it was a real property loan in which the letter did not give a definitive number. In fact, it indicated that the principal was X and that to determine the actual amount owing, which would continue to accrue, they had to take some other action.

Totally distinguishable from here, and cases afterwards dealing with credit card debt, I would say overwhelmingly have endorsed the argument that such cautionary language is not necessary in a letter such as before Your Honor.

MS. FAULKNER: I'm just reading this real fast, Your Honor, and in the Adlam case, there was only one letter at issue and there was never, as far as -- I'm reading it fast -- there was never a follow up letter to show that in fact anything increased. The Adlam case showed only the first letter, and we don't know whether any interest was added. Here we have three letters, so we know that additional interest was added. And I think the