# EXHIBIT E

## EXHIBIT B

### Assignment of Accounts

CCA Assets LLC ("Account Owner"), has entered into a Purchase and Sale Agreement dated June 15, 2007 (the "Agreement") with Midland Funding LLC (the "Buyer"), Greenwich Capital Financial Products, Inc. ("Seller') and First National Bank of Omaha, relating to the sale of certain accounts receivable (the "Receivables") as described in the Agreement upon the terms and conditions set forth in the Agreement.

Now, therefore, at the direction of Seller, Account Owner hereby assigns to Buyer, its successor and assigns, all of Account Owner's right, title, and interest in and to each and every one of the Accounts as defined in the Agreement.

Account Owner makes no representations or warranties (express or implied) with respect to the Accounts or, except as set forth in Section 2(b) of the Agreement, Account Owner's title thereto.

IN WITNESS WHEREOF, Account Owner has duly executed and delivered this instrument on this 19th day of June, 2007.

CCA Assets LLC

By: Spiegel Creditor Trust, as member

By: [signature]
Name: James M. Gallagher
Title: Managing Trustee

4819-1040-0001.2
PURCHASE AND SALE AGREEMENT

Midland 000000034