# EXHIBIT F

# FIRSTCONSUMERS
## NATIONAL BANK

# FCNB CREDIT CARD ACCOUNT AGREEMENT

Dear Customer:

We are pleased to provide you with an FCNB MasterCard® and/or VISA® "Credit Card" Account. The Agreement for your Account includes the terms on your monthly statement, this FCNB Credit Card Account Agreement, and the Initial Disclosure Statement, as amended from time-to-time (collectively, the "Agreement"). This Agreement governs the Account and the Card for which you applied or were accepted. You should keep this Agreement. The use of the Card or Account constitutes the acceptance of the terms of this Agreement.

## 1. DEFINITIONS

"You" and "your" mean each and all persons who applied (jointly or in several) to FCNB for a Credit Card Account ("Account"), whose application has been accepted by FCNB at its offices in Oregon, or any person whose Account has been assigned to FCNB. "Credit Card" means any one or more FCNB Credit Cards issued to you or anyone you authorize under this Agreement. The words "FCNB", "we", "our", and "us" mean First Consumers National Bank, Portland, Oregon. "Purchase" means all goods and services bought, rented or leased with your Credit Card and Balance Transfer Service checks. "Other Charges" means Late Payment Charges, Overlimit Fees, Returned Check Fees, Access Check Stop Payment fees, Replacement Card Fees, Account Reinstatement Fees, Annual Fees (if applicable), Credit Insurance Charges, Document Fees, Foreign Transaction Fees for Collection and ATM balance inquiries and Automated Teller Machine (ATM) fees imposed by third parties to obtain Cash Advances. "Cash Advances" means all cash or equivalent Cash Advances (defined as wire transfers, money orders, foreign currency, traveler's checks, lottery tickets, chips, wagers or other gambling transactions, and tax payments) obtained over the counter, Access Checks (Access Checks paid by us will not be returned to you) or participating ATM networks through the use of the Credit Card or Account. "Balance Transfer" means a transaction in which a check (other than an Access Check) you have authorized FCNB to send directly to another lender of yours or a payment on a debt you owe that lender is posted to your FCNB Account as a Purchase.

## 2. USE OF ACCOUNT

You authorize us to charge your Purchases and Cash Advances against your Account. We have no responsibility for the failure of any merchant, financial institution or other party to honor the Credit Card or Account. Any dispute you may have with the merchant, financial institution, ATM or other party except as otherwise provided herein, or at law. You agree not to use Cash Advances or Balance Transfers to make payment on any Account you have with us.

## 3. REPAYMENT

When you use the Credit Card or permit someone else to use it, you promise to pay for all such transactions as well as the applicable Finance Charge and Other Charges and fees imposed under this Agreement at the place we designate. You must pay us with a check or other negotiable instrument drawn on a U.S. financial institution, or by U.S. Postal Money Order. Payments must be made in U.S. dollars. If we decide to accept payment made in some other form, we can charge you any costs we incur in converting your payment. We can accept late or partial payments, and payments that are marked with restrictive endorsements such as "paid in full" without losing any of our rights. All written communications concerning disputed amounts, including any check or other payment instrument sent to us in an amount less than the full amount due that is otherwise indicated as full satisfaction of a disputed amount, must be sent to the address for billing inquiries shown on the billing statement.

## 18. GOVERNING LAW

THIS AGREEMENT WILL BE ACCEPTED BY US ONLY IN PORTLAND, OREGON AND IS GOVERNED BY THE LAWS OF OREGON AND BY APPLICABLE FEDERAL LAWS OF THE UNITED STATES. THE INVALIDITY OF ANY TERM OR CONDITION OF THIS AGREEMENT WILL NOT AFFECT THE VALIDITY OF ANY OTHER OF THE TERMS OR CONDITIONS.

## 19. CREDIT REPORTING AND INFORMATION VERIFICATION

In addition to any other disclosures of information about you to your Account that are permitted or made by law and/or under our Privacy Notice, we may disclose information about your Account to credit reporting agencies. You agree to supply us with, and authorize us to obtain and verify, updated credit information including credit reports and employment and income records, from time to time and in the form and content we deem necessary, for any legitimate purposes associated with your Account. If we order a credit report on you upon your request we will inform you of the order and give you the name, address, and phone number of the credit reporting agency.

## 20. REPORTING OF INACCURATE INFORMATION

If you fail to comply with the terms of this Agreement, negative information regarding your credit record may be reported to a credit reporting agency. If you believe we have reported any inaccurate information about you, you may notify us in writing at FCNB, PO Box 3259, Portland, Oregon 97208-3259.

## 21. TELEPHONE MONITORING

To ensure our commitment to customer service, our supervisory personnel may listen to telephone calls between you and our representatives to evaluate the quality of service to our cardholders. All calls you make to us will be treated confidentially.

## 22. UNAUTHORIZED USE

Your liability for unauthorized credit card transactions on your account is $0.00 (Zero Dollars).

# FIRSTCONSUMERS
## NATIONAL BANK

"MasterCard® is licensed by MasterCard International to First Consumers National Bank." "VISA® is licensed by Visa International to First Consumers National Bank"

UNSECURED

Onboard BT Purch
Printed 06/02
M-38390

## 9. DEFAULT

You will be in default under this Agreement if you violate any part of this Agreement or any other written agreement you have with us. If you fail to make any Minimum Payment when due, exceed your Credit Limit, become legally incompetent, become insolvent or die (or bankruptcy), or if any other person (not us) takes any money or property of yours that you have assigned to us or is in our possession, or if you use a check or instrument for payment which is dishonored, or if you use your Account or Card for an illegal transaction.

## 10. RESULTS OF DEFAULT

If you are in default, we may, subject to applicable law to the contrary, (a) terminate and/or extend any further credit to you, or reduce your Credit Limit, (b) close your Account without prior notice and (except in WI unless you must more than two payments in any one year period) require you to pay immediately the total amount owed; (c) report any delinquency to credit reporting agencies, (d) exercise any and all of our rights with respect to this Agreement, and (e) (except in WI) if we bring legal action, require you to pay all costs of collection, including court costs and reasonable attorneys' fees as permitted by law. You also agree to pay any costs we may incur in enforcing your Credit Card, including any costs we may incur by having your Account placed on a "Restricted List." Finance Charges will continue to accrue on the outstanding unpaid balances of Purchases and Cash Advances at the current rate until such balances have been paid in full.

## 11. RIGHTS AND REMEDIES

We can exercise all or any of our rights and remedies under this Agreement without losing any rights and remedies which we choose to exercise in the future.

## 12. OTHERS USING YOUR ACCOUNT

You promise to pay for all Purchases, Cash Advances and Other Charges made by anyone you authorize to use your Account, whether or not you notify us that they will be using it. If someone else is authorized to use your Account and you want that to end, you must let us know in writing, and if he or she has a Credit Card, return that Credit Card to us in cut pieces.

## 13. CANCELLATION

We can cancel your Account, with or without cause. You can cancel your Account by writing to us at First Consumers National Bank, PO Box 3859, Portland, Oregon 97208-3859. In either case, you agree to return to us all Credit Cards cut in pieces. Cancellation of your Account will not affect your liability so far as credit we have extended to you.

## 14. CHANGE OF TERMS

We may, subject to applicable law, change, amend, add to or delete any term or part of this Agreement. Such changes may include (but are not limited to) the following: changes in your Credit Limit, increases in any rate of Finance Charge, increasing or adding fees or charges, changing the method of computing the balance upon which Finance Charges are assessed, or changes of the date upon which Finance Charges begin to accrue. Unless prohibited by applicable law, we may apply such changes to new terms to any outstanding balance of your Account on the effective date of the change and to any further charges or balances incurred after that date. When required by applicable law, we will mail a notice of the change(s) to you. No change to any term of this Agreement will affect your obligation to pay all amounts owing under this Agreement.

## 15. LOST OR STOLEN CARD

If your Credit Card is lost or stolen, or you believe someone is using your Account without your permission, notify us at once at 1-800-876-0028.

## 16. DISCLAIMER OF LIABILITY/SEVERABILITY

We offer the Credit Card and related services in our own interests and disclaim any duty or responsibility other than expressly set forth in this Agreement. If any provision of this Agreement is found to be unenforceable, all other provisions shall remain in full force and effect.

## 17. ASSIGNMENT

We may transfer and assign your Account and our rights under this Agreement to another person or company without notice to you.

## 4. CREDIT LIMIT

Your Credit Limit is the total amount of credit we make available to you under this Agreement at any one time. We will notify you of the amount of your Credit Limit and it is shown on the Cash Advance "Am the Case") through ATMs. The difference between the amount you spend and the Credit Limit is your available credit. You agree that we may change your Credit Limit from time to time, or reduce your Credit Limit to $0 and that your Account shall upon evaluation of charges in your ability to repay the amount owed in connection with the Account. Cash withdrawal from ATMs may vary. If you exceed your Credit Limit you agree to pay the Overlimit Fee and, we may suspend your right to use your Account under the terms of this Agreement.

## 5. MINIMUM PAYMENTS

You may repay the New Balance in full or in part at any time without penalty. You agree to make at least a Minimum Payment on or before the Payment Due Date shown on the last Statement. This Minimum Payment will be at least 2.5% of the New Balance shown on your statement or $10, whichever is greater plus any past due amounts. If the New Balance exceeds your Credit Limit, the required Minimum Payment will be any past due amounts plus the greater of the amount in excess of your Credit Limit or 2.5% of the total New Balance. If your total New Balance is less than $10, you must pay the total New Balance. If you make a payment greater than your total New Balance, we will apply the excess as a credit to your Account, but this will not increase your Credit Limit. Credit extended to your Account do not affect your obligation to make at least the Minimum Payment Due. Payment in excess of the Minimum Payment Due will reduce the balance by the paid amount, but will not pre-pay the Account. You always have the right to pay more than the Minimum Payment or to make an early payment to reduce Finance Charges. Payments sent to us at the address shown on your billing statement will be credited as of the day of receipt.

## 6. OPTIONAL PAYMENT PLANS

From time to time we will offer or arrange optional payment plans in connection with your Account. These options may allow you to defer regular monthly payments or delay the billing of your Account for specific Purchases. Under a Deferred Payment Option, you will have the right not to make monthly payments for a specified period of deferral, however, you will have to pay regular Finance Charges during the period of deferral. Purchases under a Delayed Billing Option will be shown on your monthly statement, but during the deferred billing period you will not have to pay Finance Charges for those Purchases, and the balance of those Purchases will not be included in the account balance that is used to calculate your Minimum Payment. We may also offer you other introductory Annual Percentage Rates for all or part of a Purchase and/or Cash Advance balance. The period of time for which such introductory rates apply may be limited. Any introductory rate, the corresponding periodic rate, and the period of time for which it is in effect will appear on your statement. We may also offer you a promotional Annual Percentage Rate to encourage specific transactions, such as transferring balances from accounts you have with other credit card issuers. Any of these optional payment plans or introductory or promotional rate offers will be subject to the terms of the offer and this Agreement. If you elect any of these options or other optional payment plans, we are not required to give you advance notice before resuming or starting to bill you for regular monthly payments or Finance Charges.

## 7. MONTHLY STATEMENT

We will send you a statement for each monthly billing period in which your Account has an outstanding balance of $1 or more or on which a Finance Charge has been imposed. Your statement will show separately the Purchases that may have been posted since your last statement, the payments and/or adjustments to your Account, the Cash Advances you have obtained since your last statement, the Finance Charges assessed for Purchases and Cash Advances, any fees charged to your Account, the Minimum Payment Due and the Payment Due Date.

## 8. APPLICATION OF PAYMENTS

Subject to applicable law, all payments processed by us will be applied to the balance in your Account in the manner we determine. Credit for payment is conditional upon acceptance when the payment instrument is presented to the institution upon which it is drawn. Payments received and accompanied by the statement remittance form will be credited as of the date of receipt.

000000026