# EXHIBIT G

1   different than that which is stated in the letters?
2   A.   I think if you're going to add daily interest to
3   an account, that that account balance is going to change
4   daily, yes.
5   Q.   Okay.  I mean, unless the consumer gets it that
6   day, the actual balance that they owe as reflected in the
7   Midland system, or if they call up, would always be an
8   amount different than the balance represented in the
9   letters, correct?
10  A.   But Mr. Jones could always reference back to this
11  letter, which our database would show he had been sent,
12  and then say, "This is the amount that I want to pay," and
13  they would agree to it.
14  Q.   Which is the amount you're talking about?
15  A.   Whatever was stated in the most recent letter.
16  Q.   I'm sorry.  Say -- I don't understand that.
17  A.   Mr. Jones received a letter --
18  Q.   Right.
19  A.   -- within a reasonable amount of time, last
20  30 days, last 60 days, calls up and says, "I want to pay
21  this amount," the account manager would have allowed him
22  to settle it for that amount.
23  Q.   Okay.  The lower amount?
24  A.   Correct.