IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
**KENNETH W. JONES, on behalf of** )
**himself and all others similarly situated,** )
)
        **Plaintiff,** )
)
   v. )
)    **C.A. NO. 08-802 (RNC) (DFM)**
**MIDLAND FUNDING LLC, and** )
**MIDLAND CREDIT MANAGEMENT,** )
**INC.** )    **CLASS ACTION**
)
        **Defendants.** )
_____)

## PLAINTIFF'S MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to D. Conn. L. Civ. R. 2(d), plaintiff moves that Noah Axler be admitted as a visiting lawyer in this proceeding pro hac vice. In accordance with the requirements of Local Rule 2(d), the following information is presented to the Court.

1. Visiting lawyer's office address and telephone number:

    Noah Axler, Esquire
    Donovan Searles, LLC
    1845 Walnut Street, Suite 1100
    Philadelphia, PA 19103
    (215) 732-6067

2. Noah Axler is a member in good standing of the bars of the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey, and the Commonwealth of Pennsylvania, the State of New Jersey, and the State of Ohio.

3. Attorney Axler has not been denied admission or disciplined by this Court or any other court.

4. The undersigned, Joanne S. Faulkner, will continue to participate in this action to the extent permitted by D. Conn. L. Civ. Rule 83.13 and provide a local office as

2

required by Local Rule 83.1(d).

5.    Attorney Axler's Declaration in Support of this Motion is attached hereto.

6.    A fee of $25.00 has been paid to the Clerk of the Court in accordance with Local Rule 83(d)(2).

WHEREFORE, the plaintiff moves that Attorney Noah Axler be admitted to practice before the United States District Court for the District of Connecticut as a visiting lawyer in this proceeding.

    THE PLAINTIFF

    BY /s/ Joanne S. Faulkner
    JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    j.Faulkner@snet.net

**Certificate of Service**

I hereby certify that a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Joanne S. Faulkner