UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KENNETH W. JONES, :
:
    Plaintiff, :
:
V. : NO. 3:08CV0802 (RNC)
:
MIDLAND FUNDING LLC, ET AL., :
:
    Defendants. :

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

| | |
|---|---|
| _____ | For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge; |
| _____ | To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b); |
| _____ | To supervise discovery and resolve discovery disputes; |
| _____ | To conduct an early settlement conference; |
| _____ | To conduct a prefiling conference; |
| _____ | A hearing on damages and attorney fees; |
| \_\_X\_\_ | A ruling on the following pending motion(s): |

Motion for Attorney Fees [122]

So ordered.

Dated at Hartford, Connecticut this 6th day of May 2011

                                                 /s/ RNC
                                      Robert N. Chatigny, U.S.D.J.