UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH W. JONES, on behalf of himself and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING LLC, and<br>MIDLAND CREDIT MANAGEMENT, INC.<br>Defendants. | )<br>)<br>)<br>)<br>)   CASE NO. 3:08 CV 802 (RNC) (DFM)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO CLASS

Pursuant to Fed. R. Civ. P. 23(c), and for the reasons set forth more fully in the attached Memorandum of Law, Plaintiff Kenneth W. Jones moves the Court for an Order preliminarily approving the settlement of this class action, approving the form and method for providing class-wide notice and scheduling a hearing at which the following will be considered: request for final approval of the proposed settlement, entry of the Final Approval Order and Plaintiff's request for approval of agreed-upon fees and costs. Defendants do not contest the requested relief.

Dated: August 2, 2013                                    Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**
JAMES A. FRANCIS
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
(215) 735-8600

**LAW OFFICES OF JOANNE FAULKNER**
By: /s/ *Joanne S. Faulkner*
Joanne S. Faulkner, Esquire
123 Avon Street
New Haven, CT 06511
(203) 772 0395

- 2 -

                              **DONOVAN AXLER, LLC**
                              Noah Axler, Esquire
                              1845 Walnut Street
                              Suite 1100
                              Philadelphia, PA 19103
                              (215) 732-6067

                              Attorneys for Kenneth Jones and Settlement Class

Certificate of Service

I hereby certify that on August 2, 2013, a copy of within was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              ____/s/ Joanne S. Faulkner___