UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH W. JONES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING LLC, and MIDLAND CREDIT MANAGEMENT, INC.<br><br>Defendants. | CASE NO. 3:08 CV 802 (RNC) (DFM)<br><br>CLASS ACTION |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AWARD TO CLASS REPRESENTATIVE AND FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff Kenneth W. Jones hereby seeks final approval of the class action settlement preliminarily approved by this Court by Order dated August 8, 2013 (Doc. 175), for approval of an award to the representative plaintiff and for an award of attorneys' fees and reimbursement of expenses to his attorneys.

Dated: November 22, 2013           Respectfully submitted,

**LAW OFFICES OF JOANNE FAULKNER**

By:   *Joanne S. Faulkner*
      Joanne S. Faulkner, Esquire
      123 Avon Street
      New Haven, CT 06511
      (203) 772 0395

**FRANCIS & MAILMAN, P.C.**
James A. Francis, Esquire
David A. Searles, Esquire
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
(215) 735-8600

**DONOVAN AXLER, LLC**
Noah Axler, Esquire
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
(215) 732-6067

Attorneys for Kenneth Jones and Settlement Class