# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH W. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>vs.<br><br>MIDLAND FUNDING LLC, and MIDLAND CREDIT MANAGEMENT, INC.<br><br>        Defendants. | Case No. 3:08 CV 802 (RNC) DFM |

## AFFIDAVIT OF ARLENE ANTONETTI

STATE OF ILLINOIS, COUNTY OF COOK

I, Arlene Antonetti, under penalty of perjury affirm that the following statements are true:

1. I am a Case Manager for First Class, Inc. and have personal knowledge of this matter.

2. First Class, Inc., a Class Action Administration Service, was retained to send a notice and a postcard to request a claim form to the class members for this case.

3. The class list was received from Thomas Leghorn of Wilson Elser Moskowitz Edelman & Dicker LLP, and contained 55,883 records.

4. Prior to mailing the notice and postcard to request a claim form to the individuals on the class mailing list, First Class, Inc. followed its standard practice of processing the list through the Coding Accuracy Support System (CASS) and the NCOA (National Change of Address) update process of the U.S. Postal Service using software certified by the U.S. Postal Service. CASS allows First Class, Inc. to verify the address is correctly formatted for delivery and it also corrects zip codes. NCOA Move Update provides current address information, if available, and information regarding deliverability.

5. Prior to mailing the notices and a postcard to request a claim form to individuals on the class mailing list, First Class, Inc. followed its standard practice of checking for, and removing exact duplicate records within the class list, and in this case, 1,236 exact duplicates were found.  There were 8 business records were removed.  There were 4 records added.

6. The notice and a postcard to request a claim form were mailed on September 9, 2013 to 54,643 class members.

7. The postcard to request a claim form was mailed via First Class mail, postage prepaid, with Electronic Service Requested.

8. As of November 19, 2013, a total of 12,012 postcards were returned as undeliverable with no forwarding address or further information provided by the U.S. Postal Service.

9. As of November 19, 2013, a total of 111 postcards were returned by the U.S. Postal Service with a new address and remailed.

10. As of November 19, 2013, claim forms were mailed to 2,872 class members who requested a claim form via First Class mail, postage prepaid with Forwarding Service Requested.

11. As of November 19, 2013, no objections have been received by First Class, Inc.

12. As of November 18, 2013, one request for exclusion has been received by First Class, Inc.

| **Name** | **City/State** |
|---|---|
| Betty J. Neal | Hartford/CT |

13. As of November 18, 2013, we received two claim forms that are questionable.

| **Name** | **City/State** |
|---|---|
| A.   Donna Headley | Unknown/CT |

We have been unable to confirm an address match to the class list, there are two Donna Headley's in the class list with two different addresses, neither which was the same as on the claim form .

    B.    Janet Priestly                              Williamsport/PA

The claim form was filled out by her husband attached with a Certificate of Death, but no Fiduciary's Probate Certificate.

14. As of November 19, 2013, 1,976 valid claim forms have been received via the U.S. Postal Service. 156 of these were received after November 8, 2013.

15. As of November 20, 2013, 516 claim forms have been received electronically. 21 of these were received after November 8, 2013. The information has not been verified to confirm all 516 claimants are class members.

16. As of November 19, 2013, 13 claim forms have been received, where the name was not found on the class list. These claim forms are not considered valid and not included on any of the counts above.

FURTHER AFFIANT SAYETH NOT.

_____
AFFIANT

_____
NOTARY PUBLIC

"Official Seal"
Lonna B Streight-Schulz
Notary Public, State of Illinois
My Commission Expires:
August 18, 2014

SWORN TO AND SUBSCRIBED before me this

21st day of November, 2013 by Arlene Antonetti of First Class, Inc.