UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KENNETH W. JONES, on behalf of
himself and all others similarly situated,
    Plaintiff,

v.                                         CASE NO. 3:08cv802 (RNC) (DFM)

MIDLAND FUNDING LLC, and
MIDLAND CREDIT MANAGEMENT,
INC.
    Defendants.

## FEE AFFIDAVIT

Joanne S. Faulkner states:

    1. I am an attorney with a nationwide federal practice, licensed in the United States Supreme Court, the Second, Fourth, Fifth, Sixth, Seventh and Tenth Circuit Courts of Appeals, the United States District Courts for the District of Connecticut and the Southern and Eastern Districts of New York, and Connecticut state courts.

    2. I represent the prevailing plaintiff and submit this affidavit in support of a request for attorneys fees. Blum v. Stenson, 465 U.S. 886 n.5 (1984).

    3. I was admitted to practice in New York in 1963, and in Connecticut in 1967. From 1967 to 1985, I was a staff attorney with New Haven Legal Assistance Association, Inc., a nonprofit corporation. I am in private practice, restricted to consumer-related matters, preferably for persons who cannot afford to pay a lawyer.

    4. I have been involved in groundbreaking nationally reported cases, including Heintz v. Jenkins, 514 U.S. 291 (1995); Connecticut v. Doehr, 501 U.S. 1 (1991); Hooks v. Forman, Holt, Eliades & Ravin, LLC, 717 F. 3d 382 (2d Cir. 2013); Ellis v. Solomon and Solomon, P.C.,

591 F.3d 130, 135 (2d Cir. 2010); Nelson v. Chase Manhattan Mortgage Corp., 282 F.3d 1057 (9th Cir. 2002); Romea v. Heiberger & Assoc., 163 F.3d 111 (2d Cir. 1998); Bass v. Stolper, Koritzinsky, Brewster & Neider, S.C., 111 F.3d 1322 (7th Cir. 1997); Charles v. Lundgren & Associates, P.C., 119 F.3d 739 (9th Cir. 1997); Newman v. Boehm, Pearlstein & Bright, Limited, 119 F.3d 477 (7th Cir. 1997); Poirier v. Alco Collections, Inc., 107 F.3d 347 (5th Cir. 1997); Avila v. Rubin, 84 F.3d 222 (7th Cir. 1996); Bentley v. Great Lakes Collection Bureau, Inc., 6 F.3d 60, 62 (2d Cir. 1993); Clomon v. Jackson, 988 F.2d 1314, 1321 (2d Cir. 1993).

5. I have had extensive experience for more than forty years in consumer matters, including litigation, conducting seminars and writing articles. Well before Heintz v. Jenkins, 514 U.S. 291 (1995), I had national renown for my expertise in consumer cases. I am frequently consulted by, and mentor, consumer practitioners from all over the country. In October, 2002, I received the prestigious Vern Countryman Award from the National Consumer Law Center "for excellence and dedication in the practice of consumer law on behalf of low-income consumers." http://www.nclc.org/images/pdf/countryman/faulkner_02.pdf

6. I am a past chair of the Consumer Law Section of the Connecticut Bar Association and was the editor of its newsletter for over ten years until 1998. I was a member of the Federal Reserve Board's Consumer Advisory Council. I was on the Board of Directors of the National Consumer Law Center and am presently a trustee thereof. I am a founding member of the National Association of Consumer Advocates, Inc.

7. I have lectured for the Connecticut Bar Association, the National Consumer Law Center, the National Association of Consumer Advocates, the New Haven County Bar Association, National Association of Retail Collection Attorneys, Commercial Law League, on consumer laws, and have published articles in those fields. I have been a contributing editor of

2

the National Consumer Law Center's Truth in Lending Manual, Automobile Fraud Manual, Credit Discrimination Manual, Fair Credit Reporting Act Manual, Fair Debt Collection Manual, and supplements. I served the Connecticut Law Revision Commission as a member of the Advisory Committee on UCC Article 2A, and on a Consumer Leasing Committee.

8. My work in connection with this case is shown on the schedule attached hereto. I prepared time records contemporaneously with performance of the work. The time records do not duplicate work performed in any other file; they do not include non-legal tasks such as filing or copying, minor calls, calls from or to client to report on progress. The time records show reductions in the exercise of billing judgment: some entries (+) indicating more time was incurred; some entries (++) indicating substantially more time was incurred.

9. Not even a handful of Connecticut attorneys are willing to accept consumer cases because of the special expertise required and the risk of nonpayment.

10. I am requesting attorney's fees at the rate of $400 per hour. I believe that the award requested is reasonable, and is less than the lowest current market rate in the community of my peers for federal litigation (see ¶ 12 below). The rate was awarded me in Thorne v Mackeyboy Auto, LLC, NNH-CV-10-6017210 Doc. No. 159.20 (New Haven Super. Oct. 11, 2013; Odell v Wallingford Municipal FCU, NNH-cv-10-6012228-S (Doc. No. 240 (New Haven Super. Aug. 8, 2013); Torres-Sotelo v. Mackeyboy Auto, LLC, NNH-cv-11-6017221 (Doc. No. 114.20) (New Haven Super. Apr. 22, 2013). My prior awards have been at $350 per hour since 2005: Cabala v. Morris, Civil No. 3:09cv651, 2012 WL 3656364 (D. Conn. Aug. 24, 2012) ($32,489.29 inclusive of fees and costs at $350); Silver v. Law Offices Howard Lee Schiff, P.C, Civil No. 3:09cv 912 (PCD) (D. Conn. Dec. 16, 2010), 2010 WL 5140851, at *3 (approving hourly rate of $350.00 for each hour worked totaling $25,777.50 in

3

fees); Jones v. Regent Assent Management Solutions, Inc., Civil No. 3:10cv 262 (CSH) (D. Conn. June 25, 2010); Ellis v. Solomon & Solomon P.C., Civil No. 3:05CV1623 (JBA) (D. Conn. Oct. 20, 2009), 2009 WL 3418231, at *4 (approving an hourly rate of $350.00 for each hour worked and a total award of $34,720.00); DiChiara v. Pelsinger, Civil No. 3:08cv1038 (CSH) (D. Conn. June 10, 2009); Carter v. Reiner, Reiner & Bendett, P.C., Civil No. 3:06CV988 (AWT) (D. Conn. Aug. 28, 2008) ($34,000 including travel time); Register v. Reiner, Reiner & Bendett, P.C., Civil No. 3:06CV987 (JCH) (D. Conn. Oct. 19, 2007) Doc. No. 115 ($37,486); Cooper v Ellis Crosby & Assoc, Inc., Civil No. 3:05CV 1467 (MRK) (D. Conn. May 4, 2007) Doc. No. 45; St. Denis v. New Horizon Credit, Inc., Civil No. 3:05CV 1952 (JBA) (D. Conn. July 12, 2006); Moore v. Sank, Civil No. 3:03CV801 (CFD) (D. Conn. June 2, 2006); Sylvia v. Ellis, Crosby & Associates, Inc, Civil No. 3:05CV 1468 (JCH) (D. Conn. Dec. 12, 2005); Petrolito v. Arrow Financial Services, Civil No. 3:02cv484 (JCH) (Doc. No. 148) (D. Conn. July 28, 2005). In Nelson, supra, the client paid for my services at $500 per hour. I had been awarded fees at $300 per hour for several years, e.g., in Goins v. JBC & Associates, P.C., Civil No. 3:03 CV 636(JBA) (D. Conn. March 6, 2006), 2006 WL 540332; Goins v. JBC & Associates, P.C., No. 3:02CV1069 (WIG) (D. Con. Nov. 28, 2005), 2005 WL 3536147; Nickerson v. J&P Credit Services, Civil No. 3:99CV1876 (DJS) (TPS) (D. Conn. Mar. 29, 2000) ($275 per hour granted as requested with finding that $275 "is substantially less than that normally commanded by Ms. Faulkner").

11. The Second Circuit commented favorably on my experience, reputation and ability in Orchano v. Advanced Recovery, Inc., 107 F.3d 94, 100 (2d Cir. 1997).

12. Compare rates awarded to John Williams (attorney since 1968): Muhammed v. Martoccio, Civil No. 3:06cv1137 (WWE) (D. Conn. Sept. 13, 2010) ($500 per hour);

4

David Rosen (attorney since 1969): Valley Housing Ltd v. City of Derby, 3:06cv1319 (TLM) (D. Conn. Mar. 30, 2012) ($485 per hour);  Shelley White (attorney since 1980: Id. ($400 per hour); Ben Krowicki (attorney since 1981): Parriss v Pappas, Civil No. 3:10cv 1128 (WWE) (D. Conn. Jan. 24 2012) ($400 per hour) ; Gary Klein (attorney since 1991): Cumulus Broadcasting v. Okesson,  2012 WL 3822019, *55 (D.Conn. ,2012) (JCH) ($400 per hour);  Bridgeport and Port Jefferson Steamboat Co. v. Bridgeport Port Authority,  2011 WL 721582 (D. Conn. 2011) ($425 per hour for attorneys with at least 31 years' experience).; Barati v. Metro-North R. Co. 2013 WL 1296484 *2 (D. Conn. 2013) ($525 for lead attorney, $375 for attorney with 12 years' experience, surveying fee awards); M.K. ex rel. K. v. Sergi, 578 F. Supp. 2d 425, 427 (D. Conn. 2008) ($375 per hour, surveying fee awards)

See also older cases such as Sony Electronics v. Soundview Technologies, Inc., 398 F. Supp. 2d 443, 448 (D. Conn. 2005) (awarding $400 per hour to attorney with 30 years' experience, and $325 per hour to attorney with nine years' experience); Doe v. Bridgeport Police Dep't, 2006 U.S. Dist. LEXIS 94509, 14-15 (D. Conn. 2006) ($375 per hour for attorneys who were developing expertise in the area of law involved in the lawsuit); Stuart v. Stuart, No. X08 CV 020193031, 2005 WL590433, at *5 (Conn. Super. Feb. 10, 2005) (determining that $350 per hour for an experienced trial lawyer was "reasonable and inline with prevailing market rates in this area"); Conn. State Dep't of Soc. Servs. v. Thompson, 242 F. Supp. 2d 127 (D. Conn. 2003) (awarding fees at the rates of $325/hour and $ 375/hour).

13. Published hourly billing rates of Connecticut private counsel with which I am familiar are:

| | | |
|---|---|---|
| Ben Krowicki | law degree 1981 | 710 |
| Gary Klein | law degree 1991 | 400 |

| | | |
|---|---|---|
| David Rosen | law degree 1969 | 525 |
| Joseph Garrison | law degree 1968 | 575 |

I am requesting expenses of $350 for the filing fee, and $144.89 for miscellaneous postage and copies.

The foregoing is true and correct and is signed under the penalties of perjury on November 13, 2013

    __/s/ Joanne S. Faulkner___
    JOANNE S. FAULKNER

| Date | Description | Hours | Amount | Total |
|---|---|---|---|---|
| | Jones v Midlands | | | |
| 05/07/08 | review client's docs, email w client, M | 0.80 | $320.00 | $320.00 |
| 05/19/08 | follow up w/ client, MCM, Pa counsel | 0.40 | $160.00 | $480.00 |
| 05/21/08 | draft class complaint, research CCPA | 1.75 | $700.00 | $1,180.00 |
| 05/21/08 | review edits, add another change | 0.15 | $60.00 | $1,240.00 |
| 05/22/08 | Emails client review | 0.10 | $40.00 | $1,280.00 |
| 05/28/08 | Rule 4 service | 0.25 | $100.00 | $1,380.00 |
| 06/30/08 | phv searles | 0.50 | $200.00 | $1,580.00 |
| 07/03/08 | informal request class info | 0.15 | $60.00 | $1,640.00 |
| 07/28/08 | draft planning rpt | 0.75 | $300.00 | $1,940.00 |
| 08/07/08 | review Ans & sked prep conf | 0.25 | $100.00 | $2,040.00 |
| 08/08/08 | 26f conference, revisions, law re aff d | 0.45 | $180.00 | $2,220.00 |
| 08/09/08 | research, add to Sked | 0.3 | $120.00 | $2,340.00 |
| 08/09/08 | draft discovery | 0.8 | $320.00 | $2,660.00 |
| 08/09/08 | draft initial discl | 0.3 | $120.00 | $2,780.00 |
| 08/15/08 | review def revisions, comments to co | 0.3 | $120.00 | $2,900.00 |
| 08/15/08 | redline draft | 0.25 | $100.00 | $3,000.00 |
| 08/18/08 | review revised discoverynotes for rev | 0.2 | $80.00 | $3,080.00 |
| 08/18/08 | planning conf | 0.4 | $160.00 | $3,240.00 |
| 08/19/08 | planning conf | 0.33 | $132.00 | $3,372.00 |
| 08/20/08 | revise disc in view of stips | 1.3 | $520.00 | $3,892.00 |
| 08/20/08 | draft 2 affs for Plaintiff | 0.3 | $120.00 | $4,012.00 |
| 08/21/08 | email discovery with note | 0.2 | $80.00 | $4,092.00 |
| 08/25/08 | revise init, 2d prod, emails re Funding | 0.4 | $160.00 | $4,252.00 |
| 08/27/08 | phv Francis | 0.2 | $80.00 | $4,332.00 |
| 09/05/08 | resp req ext, ask re flaw, initial disc | 0.15 | $60.00 | $4,392.00 |
| 09/11/08 | review dox attached to init disclosures | 0.25 | $100.00 | $4,492.00 |
| 09/22/08 | review disc, letter to Jones, Schnitzle | 0.75 | $300.00 | $4,792.00 |
| 09/24/08 | insert answers & objections to disc | 0.6 | $240.00 | $5,032.00 |
| 10/15/08 | revise disc response | 0.4 | $160.00 | $5,192.00 |
| 10/20/08 | conf call re procedure, merits | 0.35 | $140.00 | $5,332.00 |
| 10/20/08 | research ACA position | 0.17 | $68.00 | $5,400.00 |
| 10/23/08 | review Adm, email to MS | 0.25 | $100.00 | $5,500.00 |
| 10/24/08 | review disc response, email to MS | 0.5 | $200.00 | $5,700.00 |
| 10/28/08 | 2 emails & conf re dis | 0.4 | $160.00 | $5,860.00 |
| 10/31/08 | they can't talk re disc | 0.1 | $40.00 | $5,900.00 |
| 11/03/08 | conf MS re disc | 0.25 | $100.00 | $6,000.00 |
| 11/04/08 | conf re disc | 1 | $400.00 | $6,400.00 |
| 11/05/08 | notes & research re disc, priv | 1 | $400.00 | $6,800.00 |
| 11/05/08 | supp discovery | 0.3 | $120.00 | $6,920.00 |
| 11/06/08 | reminder re discovery resolution, 10 c | 0.1 | $40.00 | $6,960.00 |
| 11/07/08 | reminder re disc resolution, priv resea | 0.2 | $80.00 | $7,040.00 |
| 11/12/08 | reminder re disc resolution | 0.05 | $20.00 | $7,060.00 |

| Date | Description | Hours | Amount | Total |
|---|---|---|---|---|
| 11/12/08 | search docket for class members | 0.5 | $200.00 | $7,260.00 |
| 11/15/08 | draft m/Compel | 2.5 | $1,000.00 | $8,260.00 |
| 11/15/08 | draft M Det sufficiency | 1.25 | $500.00 | $8,760.00 |
| 11/18/08 | revise M Det Suff, add Aff | 0.5 | $200.00 | $8,960.00 |
| 11/18/08 | revise M/Compel, add aff | 1 | $400.00 | $9,360.00 |
| 11/20/08 | conf pl counsel re class definition | 0.25 | $100.00 | $9,460.00 |
| 12/10/08 | review opp discovery, email cocounsel | 0.4 | $160.00 | $9,620.00 |
| 12/11/08 | discovery conf MS | 0.33 | $132.00 | $9,752.00 |
| 12/13/08 | m/ compel supp + research | 2 | $800.00 | $10,552.00 |
| 12/13/08 | rply det suff | 0.6 | $240.00 | $10,792.00 |
| 12/13/08 | rply compel | 1 | $400.00 | $11,192.00 |
| 12/31/08 | search for Manny as expert | 0.5 | $200.00 | $11,392.00 |
| 12/31/08 | begin collection material for expert cr | 0.5 | $200.00 | $11,592.00 |
| 01/19/09 | list possible class questions | 1 | $400.00 | $11,992.00 |
| 01/19/09 | rsch expert & admissibility | 5 | $2,000.00 | $13,992.00 |
| 01/20/09 | begin motion to preclude | 2 | $800.00 | $14,792.00 |
| 01/21/09 | finish brief on motion to preclude | 4 | $1,600.00 | $16,392.00 |
| 01/24/09 | edit m/ class cert | 1.2 | $480.00 | $16,872.00 |
| 01/26/09 | depo of jones + prep | 4.5 | $1,800.00 | $18,672.00 |
| 01/30/09 | finalize motion, exp aff ++ | 1 | $400.00 | $19,072.00 |
| 02/18/09 | strategy conf re depo, confid | 0.3 | $120.00 | $19,192.00 |
| 02/20/09 | research Fair Discl law SEC + | 0.5 | $200.00 | $19,392.00 |
| 02/21/09 | addtl research q Law SJ + | 0.3 | $120.00 | $19,512.00 |
| 02/21/09 | Drft Rply spt preclude | 0.8 | $320.00 | $19,832.00 |
| 02/21/09 | research and notes for opp Prot Oder | 0.7 | $280.00 | $20,112.00 |
| 02/21/09 | analyze obj Doc. 40, request w/draw | 0.25 | $100.00 | $20,212.00 |
| 03/16/09 | review depos, notes to co-counsel | 0.5 | $200.00 | $20,412.00 |
| 03/25/09 | Motion to seal, edit other motions | 1.3 | $520.00 | $20,932.00 |
| 03/27/09 | edit rply class cert | 0.25 | $100.00 | $21,032.00 |
| 04/01/09 | final edit, add Lemire | 0.3 | $120.00 | $21,152.00 |
| 04/16/09 | review defs filings, emails re response | 0.5 | $200.00 | $21,352.00 |
| 04/23/09 | drft reply re new deposition | 0.75 | $300.00 | $21,652.00 |
| 04/23/09 | rsrch, drft reply re confidentiality | 1.9 | $760.00 | $22,412.00 |
| 04/29/09 | edit replies ++ | 0.6 | $240.00 | $22,652.00 |
| 05/27/09 | checking sealed design, gathering do | 1.3 | $520.00 | $23,172.00 |
| 05/27/09 | outline arg ++ | 2.3 | $920.00 | $24,092.00 |
| 05/28/09 | arg | 5 | $2,000.00 | $26,092.00 |
| 10/03/09 | review disc ruling, email co counsel | 0.3 | $120.00 | $26,212.00 |
| 10/05/09 | tel conf & prep, email co counsel | 0.5 | $200.00 | $26,412.00 |
| 10/07/09 | reformulate 5, 13, 27 | 0.5 | $200.00 | $26,612.00 |
| 10/08/09 | review disc & appeal, notes re respor | 0.4 | $160.00 | $26,772.00 |
| 10/08/09 | transcript & review for conf. | 0.5 | $200.00 | $26,972.00 |
| 10/12/09 | review supp disc, brfs, rsrch, beg drft | 1.7 | $680.00 | $27,652.00 |

| Date | Description | Hours | Amount | Total |
|---|---|---|---|---|
| 10/13/09 | conf call re class cert & prep | 1.5 | $600.00 | $28,252.00 |
| 10/13/09 | revies BF aff, continue draft opp appe | 1.4 | $560.00 | $28,812.00 |
| 10/14/09 | edit opp appeal, sum disc issues outs | 0.5 | $200.00 | $29,012.00 |
| 11/07/09 | edit our Statement Mat Facts | 1.2 | $480.00 | $29,492.00 |
| 11/09/09 | emails re getting Jones depo | 0.2 | $80.00 | $29,572.00 |
| 11/09/09 | response to query re FNCB dox & co | 0.15 | $60.00 | $29,632.00 |
| 11/11/09 | edit brf | 1.2 | $480.00 | $30,112.00 |
| 11/17/09 | conf re brf | 0.3 | $120.00 | $30,232.00 |
| 11/17/09 | cite chk cases, edit, revise | 0.75 | $300.00 | $30,532.00 |
| 11/18/09 | review their brf, Ex, cases, new aff for | 0.6 | $240.00 | $30,772.00 |
| 11/19/09 | final review & revision Stmt Mat Facts | 0.5 | $200.00 | $30,972.00 |
| 11/19/09 | cite check, correct brf + | 1 | $400.00 | $31,372.00 |
| 11/21/09 | figuring out missing discovery, email | 0.75 | $300.00 | $31,672.00 |
| 12/08/09 | draft rule 37 motion | 1 | $400.00 | $32,072.00 |
| 12/19/09 | review opp rule 37, email JA | 0.5 | $200.00 | $32,272.00 |
| 01/11/10 | rsrch, draft opp strk rule 56 | 1.3 | $520.00 | $32,792.00 |
| 09/16/10 | Review pleadings, disc, #94, docket, | 1.2 | $480.00 | $33,272.00 |
| 10/06/10 | review reverse of ltrs | 0.5 | $200.00 | $33,472.00 |
| 10/07/10 | tel conf & prep, email co counsel | 1 | $400.00 | $33,872.00 |
| 12/20/10 | strategy conf DS | 0.25 | $100.00 | $33,972.00 |
| 01/13/11 | edit notice & brf | 0.4 | $160.00 | $34,132.00 |
| 01/13/11 | do fee app | 0.7 | $280.00 | $34,412.00 |
| 02/01/11 | edit memo on reconsid | 0.5 | $200.00 | $34,612.00 |
| 03/16/11 | 2d cir conf & prep | 1.5 | $600.00 | $35,212.00 |
| 03/28/11 | strategy conf | 0.25 | $100.00 | $35,312.00 |
| 03/28/11 | update fee aff | 0.25 | $100.00 | $35,412.00 |
| 04/25/11 | phv Axler | | $0.00 | $35,412.00 |
| 05/18/11 | ltr to brent class counsel | 0.4 | $160.00 | $35,572.00 |
| 05/24/11 | emails & calls Brent counsel | 0.4 | $160.00 | $35,732.00 |
| 05/25/11 | strategy conf Brent object, not opt ou | 3 | $1,200.00 | $36,932.00 |
| 06/13/11 | edit memo on interim app | 2.5 | $1,000.00 | $37,932.00 |
| 06/22/11 | conf call effect of brent | 0.25 | $100.00 | $38,032.00 |
| 02/09/12 | update dragon rsrch | 0.7 | $280.00 | $38,312.00 |
| 02/10/12 | update Wahl rsrch, rvw docs for arg | 1.25 | $500.00 | $38,812.00 |
| 02/13/12 | argument incl. travel | 4 | $1,600.00 | $40,412.00 |
| 05/08/12 | discuss tactics, review complaint, SJ' | 1.2 | $480.00 | $40,892.00 |
| 05/10/12 | edit draft opp | 0.5 | $200.00 | $41,092.00 |
| 06/08/12 | draft opp recertification | 1.2 | $480.00 | $41,572.00 |
| 06/15/12 | tel conf re certif | 0.5 | $200.00 | $41,772.00 |
| 06/16/12 | revie filings re "abandon" | 1.5 | $600.00 | $42,372.00 |
| 06/25/12 | edit ltr to court | 0.25 | $100.00 | $42,472.00 |
| 07/10/12 | drft supp brf re standards | 0.4 | $160.00 | $42,632.00 |
| 08/25/12 | draft opp petition | 1.25 | $500.00 | $43,132.00 |

| Date | Description | Hours | Amount | Total |
|---|---|---|---|---|
| 08/27/12 | subs revise opp petition | 1.75 | $700.00 | $43,832.00 |
| 11/01/12 | tel conf strategy, divide prep for medi | 0.5 | $200.00 | $44,032.00 |
| 11/03/12 | edit setl ltr | 0.3 | $120.00 | $44,152.00 |
| 01/14/13 | tel conf 2d cir | 0.5 | $200.00 | $44,352.00 |
| 03/23/13 | edit setl agmt draft | 0.25 | $100.00 | $44,452.00 |
| 08/02/13 | final edits for fiing | 0.4 | $160.00 | $44,612.00 |
| 11/13/13 | prepare fee aff | 2 | $800.00 | $45,412.00 |
| 12/02/13 | Final approval hearing (est) | 3 | $1,200.00 | $46,612.00 |
|  |  |  | $0.00 | $46,612.00 |
| costs | $350 filing fee plus misc copies, postage |  | $0.00 | $46,612.00 |
|  | $494.89 |  | $0.00 | $46,612.00 |