# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KENNETH W. JONES, on behalf of himself and all others similarly situated,**<br><br>             **Plaintiff,**<br><br>     v.<br><br>**MIDLAND FUNDING LLC, and MIDLAND CREDIT MANAGEMENT, INC.**<br><br>             **Defendants.** | **CASE NO. 3:08 CV 802 (RNC) (DFM)**<br><br>**CLASS ACTION** |

## ORDER AWARDING FEES AND COSTS

**AND NOW,** this ___ day of _____, 2013, upon consideration of Plaintiff's Motion for Award of Attorneys' Fees and Reimbursement of Expenses, and the response of Defendants, if any, it is **HEREBY ORDERED** that Class Counsel is awarded fees and costs in the total amount of $225,000.00.  Defendants shall pay such sums in accordance with the terms of the Settlement Agreement to Attorney Joanne S. Faulkner for allocation among all Class Counsel.

BY THE COURT:

_____
ROBERT N. CHATIGNY, U.S.D.J.