Civil- (Dec-2008)

HONORABLE: Chatigny
DEPUTY CLERK D. Johnson    RPTR/ECRO/TAPE D. Warner
TOTAL TIME: ___ hours 20 minutes
DATE: Dec. 2, 2013   START TIME: 2:15   END TIME: 2:35
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:08cv802 (RNC)

| Jones | Searles / Faulkner |
|---|---|
|  | Plaintiff's Counsel |
| vs |  |
| Midland | Leghorn |
|  | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

☑ Motion hearing   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ....# 179 Motion for approval of settlement/attorney fees   ☑ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....  ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ .......... _____   ☐ filed ☐ docketed
☐ .......... _____   ☐ filed ☐ docketed
☐ .......... _____   ☐ filed ☐ docketed
☐ .......... _____   ☐ filed ☐ docketed
☐ .......... _____   ☐ filed ☐ docketed
☐ .......... _____   ☐ filed ☐ docketed
☐ .......... _____ Hearing continued until _____ at _____