**FILED**

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

2013 DEC -3 P 12: 46.

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| KENNETH W. JONES, on behalf of himself and all others similarly situated, | |
| Plaintiff, | CASE NO. 3:08 CV 802 (RNC) (DFM) |
| v. | |
| MIDLAND FUNDING LLC, and MIDLAND CREDIT MANAGEMENT, INC. | CLASS ACTION |
| Defendants. | |

### ORDER AWARDING FEES AND COSTS

AND NOW, this 2 day of *December*, 2013, upon consideration of Plaintiff's Motion for Award of Attorneys' Fees and Reimbursement of Expenses, and the response of Defendants, if any, it is **HEREBY ORDERED** that Class Counsel is awarded fees and costs in the total amount of $225,000.00. Defendants shall pay such sums in accordance with the terms of the Settlement Agreement to Attorney Joanne S. Faulkner for allocation among all Class Counsel.

BY THE COURT:

/s/ Robert N. Chatigny

ROBERT N. CHATIGNY, U.S.D.J.